

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

April 26, 2022

**VIA EMAIL**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Conference is adjourned and time is excluded until May 5, 2022 at 12:00 pm; in the interest of justice.
/s/Alvin K. Hellerstein, U.S.D.J.
      4/26/2022

Re:   *United States v. Roberto Thompson*, **04 CR 1225**

Dear Judge Hellerstein:

   I write to request an adjournment of the conference in the above-captioned matter from tomorrow, April 27, 2022, at 2:30 p.m. to Thursday, May 5, 2022, at 12:00 p.m.  This matter involves a violation of supervised release, and the April 27, 2022, conference date was set in magistrate court at the defendant's initial appearance on the specifications.  Defense counsel informs me, however, that he is unavailable on that date.  It is my understanding that moving the conference to May 5, 2022, at 12:00 p.m. would be convenient for all parties as well as the Court.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

              by: _____
                    Maggie Lynaugh
                    Assistant United States Attorney
                    (212) 637-2448