UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

                v.                                        04 Cr. 1225 (AKH)

ROBERTO THOMPSON,                                   **ORDER**

*Defendant*.
-------------------------------------------------------x

      Upon the record of proceedings in this matter to date, it is hereby

      ORDERED, that Robert Thompson ("Thompson"), the defendant, is released on his own recognizance;

      IT IS FURTHER ORDERD that as a condition of his release, Thompson shall participate in mental health treatment with Dr. Jennifer McCarthy at the New York Mental Health Group, located at 26 Court Steet, Suite 702, in Brooklyn, New York 11242. Thompson shall report to the New York Mental Health Group on Friday, May 13, 2022, at 2:30 p.m. for an intake appointment, and thereafter as directed by the New York Mental Health Group;

      IT IS FURTHER ORDERED that Thompson shall continue serving his term of supervised release with Probation;

      IT IS FURTHER ORDERED that Thompson shall abide by the following additional computer monitoring condition as a special condition of that supervised release:

      You shall permit the U.S. Probation Office to install any application or software that allows it to survey and/or monitor all activity on any computer(s), automated service(s), or connected devices that you will use during the term of supervision and that can access the internet (collectively, the "Devices"), and the U.S. Probation Office is authorized to install such applications or software. Tampering with or circumventing the U.S. Probation Office's monitoring capabilities is prohibited. To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic

unannounced examinations of any Device(s) that are subject to monitoring. You must notify any other people who use the Device(s) that it is subject to examination pursuant to this condition. You must provide the U.S. Probation Office advance notification of planned use of any Device(s), and will not use any Device(s) without approval until compatibility (i.e., software, operating system, email, web-browser) is determined and installation is completed. Applications for your Device(s) shall be approved by the U.S. Probation Office once the Probation Office ensures compatibility with the surveillance/monitoring application or software. Websites, chatrooms, messaging, and social networking sites shall be accessed via the Device(s) web browser unless otherwise authorized. You will not create or access any internet service provider account or other online service using someone else's account, name, designation or alias. You will not utilize any peer-to-peer and/or file sharing applications without the prior approval of your probation officer. The use of any Device(s) in the course of employment will be subject to monitoring or restriction as permitted by the employer;

IT IS FURTHER ORDERED that counsel for Thompson is permitted to sign Thompson's bond on his behalf;

IT IS FURTHER ORDERED, that the United States Marshals Service and the Federal Bureau of Prisons shall release Roberto Thompson, Reg. No. 56839-054, from the MDC Brooklyn upon receipt of this order, subject to any warrants or detainers;

IT IS FURTHER ORDERED that a status conference in this matter is set for August 11, 2022, at 10:30 a.m.


Dated: New York, New York
       May 11, 2022

                                          /s/ Alvin K. Hellerstein
                                          _____
                                          THE HONORABLE ALVIN K. HELLERSTEIN
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK