UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES                                    :
                                                 :
                                                 :     **ORDER**
        -against-                                :
                                                 :     04 Cr. 1225 (AKH)
ROBERTO THOMPSON,                                :
                                                 :
                Defendant.                       :
                                                 :
                                                 :
                                                 :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Currently, ECF No. 130 is marked as open. However, that motion was resolved by ECF No. 131.

       Accordingly, the Clerk shall terminate ECF No. 130.


       SO ORDERED.

Dated:    May 18, 2022                 /s/ Alvin K. Hellerstein
          New York, New York        ALVIN K. HELLERSTEIN
                                    United States District Judge