

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2022

**VIA EMAIL**

Permission to share the report
with Defendant is granted. So
ordered.
/s/ Alvin K. Hellerstein
August 9, 2022

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *United States v. Roberto Thompson*, 04 CR 1225

Dear Judge Hellerstein:

In anticipation of Thursday's scheduled conference in the above-captioned matter, I write to provide the Court with a copy of a mental health assessment of the defendant conducted by Dr. Jennifer A. McCarthy, Ph.D., at the direction of Probation (the "Report"). The Report is attached to this letter as Exhibit A.[1] It is my understanding from Probation that in order for the Government to provide the Report to defense counsel, permission from the Court is required. Accordingly, the Government respectfully requests that the Court issue an order granting the Government permission to provide the Report to defense counsel.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

---

[1] Given that the Report contains confidential mental health information, the Government respectfully requests that it be filed under seal.