U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 18, 2022

*So Ordered.*

*/s/ Alvin K. Hellerstein*
8/19/2022

BY E-MAIL

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Roberto Thompson*, 04 Cr. 1225 (AKH)

Dear Judge Hellerstein:

The Government submits this letter to respectfully request that the following documents maintained by the United States Probation Office ("Probation") be unsealed: (1) the chronologies detailing Roberto Thompson's supervision; and, (2) any reports related to Mr. Thompson's receipt of mental health treatment (the "Requested Documents").

As the Court is aware, the violation of supervised release ("VOSR") hearing scheduled for September 12, 2022, involves four specifications, including specifications related to transmitting interstate threats, cyberstalking, and mental health treatment.

The Requested Documents contain information relevant to the hearing, and the Government understands that they may be unsealed only upon a Court order. In addition, once in possession of the files, the Government must disclose them to the defendant pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150, 154 (1972).

Accordingly, the Government respectfully requests that the Requested Documents be ordered unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Maggie Lynaugh
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448